# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 50240 | **DATE** | 5/16/2008 |
| **CASE TITLE** | Hackerman, et al. Vs. Dickerson Realtors Inc., et al. | | |

**DOCKET ENTRY TEXT**

MOTION by Plaintiffs Gregory Hackman, Gregory Hackman Realtors Inc. to dismiss Premier Real Estate Brokerage Services, Inc. and Donna Shipler n/k/a Donna Kitzman (251) is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|